IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AJIA STERLING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:24-CV-4170-SEG-JSA |
| MIDLAND CREDIT MANAGEMENT : | |
| LLC, : | |
| : | |
| Defendant. : | |

# **O R D E R**

Plaintiff Ajia Sterling, proceeding *pro se*, seeks leave to file this civil action *in forma pauperis* without prepayment of fees and costs or security therefor pursuant to 28 U.S.C. § 1915(a)(1). The Court has reviewed Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [1] ("Application") and cannot approve it because it is incomplete and/or inconsistent. Plaintiff states that he has earned an average monthly income of $4500 from employment over the past twelve months, but he does not state whether he has income from any other source, nor does he state his total average monthly income from all sources or the amount of income he expects next month from all sources. *See* App. at ¶ 1. Furthermore, although Plaintiff states that he does not own a home or a motor vehicle, he states that he spends $500 in motor vehicle installment payments, $250 for motor vehicle

insurance, and $100 for home maintenance expenses each month. *See id.* at ¶¶ 5, 8. Plaintiff does not explain why he would have these monthly household expenses if he does not own a home or a motor vehicle.

As the instructions on the form explain, Plaintiff must complete *all questions* on the Application and cannot leave any question blank. *See id.* at 1 ("Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response."). The Court cannot determine Plaintiff's capacity to pay the filing fee or other costs of this action without having complete information about Plaintiff's income, assets, and other financial information.

Accordingly, if Plaintiff wishes to proceed *in forma pauperis*, Plaintiff must file a *fully completed* Application that includes responses to all questions. Plaintiff is **ORDERED** to file a completed Application to Proceed in District Court Without Prepaying Fees or Costs within **fourteen (14) days** of the entry of this Order. In the alternative, Plaintiff is **ORDERED** to pay the filing fee within **fourteen (14) days** of the entry of this Order. A failure to comply with this Order may result in the denial of the Application or dismissal of this action.

**IT IS SO ORDERED** this 18th day of September, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE